| | |
|---|---|
| 1<br>2<br>3<br>4 | John Konvicka<br>Plaintiff in Proper Person<br>1665 Turner Court<br>Carson City, NV 89703<br>jtkonvicka@aol.com<br>(775)884-2411<br>(775)315-3700 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 8<br>9 | JOHN T. KONVICKA, an individual in his<br>personal capacity; | CASE NO. 3:18-cv-00487-MMD-CBC |
| 10<br>11 | Plaintiff, | |
| 12 | v. | **STIPULATION AND ORDER FOR** |
| 13<br>14<br>15 | LEE BERTUCCI, an individual in his<br>personal capacity, President of AMERICAN<br>INTERNATIONAL TOOLING (AIT);<br>AMERICAN INTERNATION TOOLING, a<br>Nevada Corporation and Does 1-5, inclusive. | **VOLUNTARY DISMISSAL PURSUANT**<br>**TO FED. R. CIV. P. 41** |
| 16 | Defendants. | |

COMES NOW, JOHN T. KONVICKA, Plaintiff in Proper Person and LEE BERTUCCI, as an individual and as President of AMERICAN INTERNATIONAL TOOLING, INC., by and through Counsel REW R. GOODENOW, ESQ. AND ASHLEY C. NIKKEL, ESQ. of PARSONS BEHLE & LATIMER and hereby stipulate that all causes of action in the above-captioned case by John T. Konvicka and against Lee

///

///

///

1

4843-2466-0105v1

Bertucci, individually and as President of American International Tooling, Inc., shall be voluntarily dismissed, with prejudice, with each party to bear its own attorney's fees and costs of suit incurred herein.

Dated this 8th day of MARCH, 2019.

_____
JOHN T. KONVICKA
Plaintiff in Proper Person

_____
REW R. GOODENOW, ESQ.
ASHLEY C. NIKKEL, ESQ.
PARSONS BEHLE & LATIMER
*Attorneys for Lee Bertucci and American International Tooling*

*IT IS SO ORDERED.*

DATED: March 11, 2019

_____
*UNITED STATES DISTRICT JUDGE*

4843-2466-0105v1